NUMBER 13-06-379-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG







IN RE KOCH CHEMICAL CO.,

A DIVISION OF KOCH REFINING COMPANY, ET AL.






 On Petition for Writ of Mandamus 





MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Castillo and Garza


Per Curiam



 On July 6, 2006, relators Koch Chemical Company, a division of Koch Refining
Company, Flint Hills Resources, L.P., and Koch Refining Company filed a petition for
writ of mandamus seeking to enforce an arbitration agreement. See Tex. R. App. P.
52. We requested a response from the real parties in interest. See Tex. R. App. P.
52.4. On August 10, 2006, relators filed an unopposed motion to dismiss their
petition. Having considered the motion, this Court grants the unopposed motion to
dismiss and, thus, we dismiss. See Tex. R. App. P. 43.2(f). 


 PER CURIAM


Memorandum Opinion delivered and 

filed this 15th day of August, 2006.